COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-070-CV

IN RE JAMES SCOTT HOOPER, JR. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus, motion for emergency temporary relief, second motion for temporary relief, and motion for oral argument and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and all motions are denied.

PER CURIAM

PANEL A: LIVINGSTON, DAUPHINOT, and MCCOY, JJ.

DELIVERED: March 11, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.